App. Div.]                Second Department, January, 1923.

YETTA NURICK v. BROADEDGE CORPORATION and Others.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

BERTHA HERNANDEZ, as Executrix, etc., and WILLIAM C. ROBINSON v. BROOKDALE MILLS, INC.— Motion to dismiss appeal granted unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

STANISLAW NIEDZWIECKI v. MATTHEW MIERZWINSKI.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

STANISLAW NIEDZWIECKI v. MATTHEW MIERZWINSKI.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

JANET DeLONG CULLOM, as Administratrix, etc., v. SAMUEL C. STEINHARDT.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

JOSEPH J. MARGOLIN v. MORRIS WIENER.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

RALPH W. BOTHAM v. EDWARD L. HEARN.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

In the Matter of CHARLES F. HOFFMAN, Deceased.— Preference granted for February 6, 1923. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

In the Matter of RAMON GUITERAS, Deceased.— Preference granted for February 6, 1923. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

---

## SECOND DEPARTMENT, JANUARY, 1923.

ALFRED BURKE, Respondent, v. MORRIS DLUGASCH and CHARLES H. LOUIS, Appellants.— Motion for stay denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

BECKIE GOLOB, Respondent, v. CONGREGATION OHEL MOISCHE CHEVRA TEHILIM, Appellant.— Motion to dismiss appeal granted, and appeal dismissed, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

CONSTANCE GOODWIN, as Administratrix, etc., of ALEXANDER GOODWIN, Deceased, Appellant, v. LAMPORT & HOLT, LTD., and ATLANTIC BASIN IRON WORKS, INC., Respondents.— Motion for reargument denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

JOHN F. GRAHAM, Respondent, v. ADELAIDE G. KINKADE, Appellant.— Motion for reargument of motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

BENJAMIN GRATZ and ANDERSON GRATZ, etc., Respondents, v. M. M. GRAVES COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

GRAZELDA GREAVES and Others, Appellants, v. JUSTINA HUSBAND, Respondent.— Motion to dismiss appeal denied on condition that appellants pay ten dollars costs within five days, perfect the appeal for the February term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.